# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**JOSHUA A. MORGAN,**

       Plaintiff,

  vs.                      **CASE NUMBER: 6:12-cv-238 (GTS/TWD)**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

       Defendant.

[ ]  **Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the final decision of the Commissioner is REVERSED and this matter is REMANDED to the Defendant for further administrative action, including a de novo hearing and a new decision.

All of the above pursuant to the Consent Order of the Honorable Judge Glenn T. Suddaby, dated the 28th day of September, 2012.

DATED:    September 28, 2012

*Laurence K. Baerman*
Clerk of Court

s/ L. Welch
Deputy Clerk